UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MICHAEL SYDNER, | Case No. 08-cv-1659-RSL-JPD |
| Plaintiff, | SHOW CAUSE ORDER |
| v. | |
| STEVE THOMPSON, et al., | |
| Defendants. | |

Plaintiff Eric Michael Sydner is proceeding *pro se* and *in forma pauperis* in this civil rights lawsuit brought pursuant to 42 U.S.C. § 1983. The present matter comes before the Court *sua sponte* upon Defendant Steve Thompson's failure to file answer or responsive pleading within 60 days of December 30, 2008. *See* Dkt. Nos. 10, 12. Accordingly, the Court ORDERS as follows:

(1) Defendant Steve Thompson is ORDERED to file an answer or responsive pleading **no later than March 23, 2009**.

(2) Alternatively, Defendant Steve Thompson is DIRECTED to SHOW CAUSE, **no later than March 23, 2009**, why he has not filed an answer or responsive pleading and/or why an entry of default should not be entered in this matter.

SHOW CAUSE ORDER
PAGE 1

(3) The Clerk of the Court is directed to send a copy of this Order to Plaintiff and Defendant Steve Thompson, all counsel of record, and to the Honorable Robert S. Lasnik.

DATED this 11th day of March, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SHOW CAUSE ORDER
PAGE 2