UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MICHAEL SYDNER, | Case No. 08-cv-1659-RSL-JPD |
| Plaintiff, | SHOW CAUSE ORDER |
| v. | |
| STEVE THOMPSON, et al., | |
| Defendants. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this § 1983 civil rights action. The present matter comes before the Court *sua sponte* upon the Post Office's return of mail directed to Plaintiff from the Court. *See* Dkt. Nos. 22, 23. The mail has been returned with the notation "Return to sender . . . Not deliverable as addressed." *Id.* It appears that Plaintiff's address has changed.

Local Rule CR 10(f) requires unrepresented parties to notify the court of any change of address or telephone number within ten days of the change. Local Rule CR 41 further provides that

> [a] party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and

SHOW CAUSE ORDER
PAGE - 1

opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Local Rule CR 41(b)(2).

On April 13, 2009, the Court was notified by the Post Office that Plaintiff could no longer be reached at his address on file with the Clerk of the Court. Dkt. Nos. 22, 23. To date, Plaintiff has failed to provide his current mailing address. Accordingly, the Court ORDERS as follows:

(1) Plaintiff is directed to SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff has a duty to inform the Court of any change to his address. *See* Local Rule CR 41(b)(2). Plaintiff shall inform the Court of his current address and indicate whether he wishes to continue this action no later than **July 15, 2009**. Failure to do so will result in dismissal of this action without prejudice.

(2) The Clerk of the Court is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 15th day of May, 2009.

JAMES P. DONOHUE
United States Magistrate Judge