UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC MICHAEL SNYDER,

    Plaintiff,

    v.

STEVE THOMPSON,

    Defendant.

Case No. C08-1659RSL

ORDER VACATING ORDER TO SHOW CAUSE AND RENOTING REPORT AND RECOMMENDATION

    This matter comes before the Court *sua sponte*. On July 20, 2009, the Honorable James P. Donohue, United States Magistrate Judge, issued a Report and Recommendation in this matter recommending that plaintiff's complaint be dismissed without prejudice. The Report and Recommendation was mailed to plaintiff, but was returned to the Court unopened as plaintiff apparently no longer resides at the address he had provided to the Court. The Court then struck the Report and Recommendation from the motions calendar, issued an order to show cause, and noted a "Rule 41 dismissal proceeding" on the motions calendar.

    Since then, plaintiff, who is proceeding *pro se*, provided the Court with his current address. Accordingly, the order to show cause (Dkt. #30) is VACATED. Plaintiff is

ORDER VACATING ORDER TO SHOW CAUSE - 1

reminded that he is responsible for keeping the Court apprised of his current address and that if he fails to do so, the Court could dismiss his case pursuant to Local Rule 10 and Federal Rule of Civil Procedure 41.

Now that the Court has mailed a copy of the Report and Recommendation to plaintiff's current address, the Clerk of the Court is directed to renote the Report and Recommendation on the Court's calendar for September 18, 2009. Any objections to the Report and Recommendation should be filed with the Clerk and served on all parties by September 14, 2009. Failure to file objections by that date waives the right to appeal any order by the District Court adopting the Report and Recommendation. In accordance with the Court's Local Rules, any party filing objections should note them on the Court's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the Court on September 18, 2009.

DATED this 24th day of August, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE - 2